

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Citation 2002 Investment LLC and Endeavor Energy Resources L.P., | § | No. 08-19-00087-CV |
| | § | Appeal from the |
| Appellants, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
| Occidental Permian, LTD., Occidental Petroleum Corporation, Oxy USA, Oxy USA WTP LP, and Rodeo Midland Basin, LLC, | § | (TC# 2017-DCV0027) |
| | § | |
| Appellees. | § | |
| | § | |

**O R D E R**

Pending before the Court is a petition for permissive appeal filed by Citation 2002 Investment LLC and Endeavor Energy Resources L.P. *See* TEX.R.APP.P. 28.3. The petition is GRANTED. Pursuant to Rule 28.3(k), a notice of appeal is deemed to have been filed by Citation 2002 Investment LLC and Endeavor Energy Resources L.P., on the date of this order and the appeal will be governed by the rules applicable to accelerated appeals. Citation 2002 Investment LLC and Endeavor Energy Resources L.P. is directed to take all necessary steps to cause the appellate record to be filed. *See* TEX.R.APP.P. 34.5, 34.6. The clerk's record and the reporter's record, if any, are due to be filed no later than March 11, 2021. The Clerk of the Court shall file a copy of this order with the trial court clerk. *See* TEX.R.APP.P. 28.3(k).

IT IS SO ORDERED this 1st day of March, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.